UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELSA FONTANEZ

v.                                                                              CA 07-043 ML

MICHAEL J. ASTRUE
Commissioner of the Social
Security Administration

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on December 10, 2007. Neither party has filed a timely objection.

This Court, therefore, adopts the Report and Recommendation. The Commissioner's Motion for an Order Affirming the Decision of the Commissioner is DENIED. Plaintiff's Motion to Reverse Without a Remand for Rehearing is GRANTED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
January 2, 2008