# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**ELSA FONTANEZ**

**VS.** **C.A. NO. 07-043ML**

**MICHAEL ASTRUE, Commissioner of the Social Security Administration**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the plaintiff, Elsa Fontanez, pursuant to the Memorandum and Order dated January 2, 2008 accepting the Report and Recommendation of Magistrate Judge Lincoln D. Almond DENYING the Commissioner's Motion for an Order Affirming the Decision of the Commissioner and GRANTING plaintiff's Motion to Reverse Without a Remand for Rehearing. The decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g).**

Enter:

Barbara Barletta
Deputy Clerk

DATED: January 3, 2008