**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ELSA FONTANEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 07-43** |
| **v.** | ) | |
| | ) | **Hon. Mary Lisi,** |
| **MICHAEL J. ASTRUE,** | ) | **United States District Judge** |
| **Commissioner of Social Security,** | ) | |
| | ) | **Hon. Lincoln Almond** |
| | ) | **United States Magistrate Judge** |
| **Defendant.** | ) | |

**JOINT MOTION FOR ATTORNEYS' FEES UNDER**

**EQUAL ACCESS TO JUSTICE ACT**

NOW COMES the Plaintiff, Elsa Fontanez, by and through her attorney Donna M. Nesselbush, and moves the Court to award $3,679.50 in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

Respectfully submitted,

Donna Nesselbush, /s/

Donna M. Nesselbush
Rhode Island Bar. No. #4650
Marasco & Nesselbush
685 Westminster St.
Providence, RI 02903
(401) 274-7400
(401) 274-7420 (fax)

Attorney for Plaintiff

**GRANTED**
Mary M. Lisi
**Mary M. Lisi**
**U.S.D.J.** 2/20/08

**EXHIBIT A**

Time Record, Donna M. Nesselbush, Elsa Fontanez v. Astrue, No. 07-43 (D.R.I.)

| Date | Hours | Event |
|---|---|---|
| 1/26/07 | 2.0 | Initial office conference with Plaintiff. Review all administrative documents, discuss merits and costs of case with plaintiff. |
| 1/31/07 | 1.0 | Draft and file Complaint and IFP Motion; serve via certified mail to Jo Anne B. Barnhart, Commissioner of Social Security; Social Security Administration Office of General Counsel, Attorney General Alberto Gonzalez and United States Attorney for the District of Rhode Island, Robert Clark Corrente. |
| 4/27/07 | .50 | Receive and review Defendant's Answer and copy of the District Court transcript. |
| 5/8/07 | .10 | Receive and review District Court letter re: consent to Magistrate Judge. |
| 5/29/07 | .10 | Receive and review District Court Scheduling Order; memo to file w/ due dates. |
| 8/10/07 | 10.00 | Draft and submit Plaintiff's Motion to Reverse the Decision of the Commissioner with Supporting Memorandum. |
| 9/24/07 | 2.00 | Review Defendant's Motion to Affirm the Decision of the Commissioner. |
| 10/12/07 | 5.00 | Draft and submit Plaintiff's Response in Opposition to Defendant's Motion to Affirm. |
| 12/10/07 | .20 | Receive and Review Magistrate Judge's Report and Recommendation to Remand under Sentence Four. |
| 1/3/08 | .10 | Receive and review Order adopting Report and Recommendation. |
| 1/17/08 | 1.00 | Draft and submit EAJA letter and Record of Time to US Attorney's Office. |

ALL 2007 Hours TOTAL: 22.00

multiplied by 2007 rate of $167.25 =

$3,679.50.

/s/ Donna M. Nesselbush

Donna M. Nesselbush
Attorney for Plaintiff